# IN THE COURT OF APPEALS OF IOWA

No. 15-1047
Filed March 9, 2016

**STATE OF IOWA,**
      Plaintiff-Appellee,

**vs.**

**JUSTIN LEE MEYER,**
      Defendant-Appellant.
_____

      Appeal from the Iowa District Court for Black Hawk County, James D. Coil, District Associate Judge.

      Justin Meyer appeals following his guilty plea to one count of assault domestic abuse causing bodily injury, enhanced. **AFFIRMED.**

      Mark C. Smith, State Appellate Defender, and Robert P. Ranschau, Assistant Appellate Defender, for appellant.

      Thomas J. Miller, Attorney General, and Linda J. Hines, Assistant Attorney General, for appellee.

      Considered by Vaitheswaran, P.J., and Doyle and Mullins, JJ.

**MULLINS, Judge.**

Justin Meyer appeals following his guilty plea to one count of assault domestic abuse causing bodily injury, enhanced, in violation of Iowa Code section 708.2A(3)(b) (2013). He claims his attorney was ineffective in permitting him to plead guilty to the charges when there was not a factual basis to support the element that he caused a bodily injury. We review the entire record to determine if there is a factual basis to support the plea. *See State v. Finney*, 834 N.W.2d 46, 62 (Iowa 2013). Our de novo review of the record indicates the survivor suffered abrasions and red marks on her back, waist, right arm, and neck. *See State v. Taylor*, 689 N.W.2d 116, 136 (Iowa 2004) (finding sufficient evidence of bodily injury when the victim suffered small bruises and abrasions when pulled from her vehicle). Because a factual basis supports his guilty plea, Meyer's attorney was not ineffective in allowing him to plead guilty to the charge of assault domestic abuse causing bodily injury, enhanced, or in failing to file a motion in arrest of judgment. We therefore affirm Meyer's conviction and sentence pursuant to Iowa Court Rule 21.26(1)(a), (c), and (e).

**AFFIRMED.**